NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DANNY K. DECK,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )        Case No. 2D19-332
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____ )

Opinion filed September 27, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Danny K. Deck, pro se.


PER CURIAM.


            Affirmed.


VILLANTI, LaROSE, and SMITH, JJ., Concur.